# EXHIBIT A

In re      **Salvatore Cipriano**                                    Case No. ____**14-48527**_____

                                                          ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **AJ Lanzarotta Wholesale Fruit & Vegetabl 1000 Lakeshore E Mississauga, ON** | X | J | | | | | | | 4,600.00 |
| Account No. | | | | | | | | | |
| **Allied Produce 7067 Wellington Rd. Guelph, ON** | X | - | | | | | | | 6,400.00 |
| Account No. | | | | | | | | | |
| **Bank of Montreal** | X | - | | | | | | | 600,000.00 |
| Account No. | | | | | | | | | |
| **Howard & Howard 450 W. Fourth St Royal Oak, MI 48067** | | | | | Representing: **Bank of Montreal** | | | | **Notice Only** |

__6__   continuation sheets attached

Subtotal
(Total of this page)                                    **611,000.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

**EXHIBIT A**

In re   **Salvatore Cipriano**         Case No.   **14-48527**
_____ ,
                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Bank of Montreal** | - | | | | | | 36,000.00 |
| Account No. <br><br>**Ben B. Schwarz & Sons, Inc.**<br>7201 W Fort St.<br>Detroit, MI 48209 | | J | | | | | 144,951.00 |
| Account No. <br><br>**Brady Farms Inc**<br>14786 Winans St<br>West Olive, MI 49460 | X | J | | | | | 49,280.00 |
| Account No. **xxxxxxx1846** <br><br>**Cap1/neimn**<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045 | - | | Opened 5/01/84 Last Active 3/23/14<br>Charge Account | | | | 6,259.00 |
| Account No. **xxxx7215** <br><br>**Cap1/saks**<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045 | | H | Opened 1/01/71 Last Active 4/18/14<br>Charge Account | | | | 5,999.00 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     242,489.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re    **Salvatore Cipriano** _____ ,     Case No. ___**14-48527**_____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxxxxxxxx3384<br><br>Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130 | | - | | | Opened 11/01/02 Last Active 3/27/14<br>Charge Account | | | | 4,942.00 |
| Account No. xxxx5608<br><br>Cashcall Inc<br>Attn:Bankruptcy Department<br>1600 S Douglass Rd<br>Anaheim, CA 92806 | | - | | | Opened 6/01/12 Last Active 11/01/12<br>Unsecured | | | | 9,963.00 |
| Account No. xxxxxxxxxxxx5673<br><br>Chase | | - | | | Opened 3/01/99 Last Active 4/01/14<br>Credit Card | | | | 19,359.00 |
| Account No. xxxxxxxxxxxx1818<br><br>Chase<br>Po Box 15298<br>Wilmington, DE 19850 | | - | | | Opened 12/01/90 Last Active 4/08/14<br>Credit Card | | | | 12,699.00 |
| Account No.<br><br>City Foods Produce Ltd<br>6080 Indian Line<br>Mississauga, ON | X | | J | | | | | | 32,500.00 |

Sheet no. __2__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    | 79,463.00
(Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Salvatore Cipriano_____,          Case No. ___14-48527_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>Coface Collection North America<br>Po Box 1389<br>Kenner, LA 70063 | X | - | J.R. Mazzola | | | | 3,625.00 |
| **Account No. xxxxxxxxxxxx4288**<br><br>Comenity Bank/Pottery Barn<br>Attention: Bankruptcy<br>P.O. Box 182686<br>Columbus, OH 43218 | | - | Opened 6/01/09 Last Active 1/05/14<br>Charge Account | | | | 118.00 |
| **Account No.**<br><br>Coosemans Worldwide, Inc<br>7201 W Fort St., Rm 45<br>Detroit, MI 48209 | X | J | | | | | 5,620.00 |
| **Account No.**<br><br>Don's Produce and Resale<br>21620 Sumpter Rd<br>Belleville, MI 48111 | X | J | | | | | 10,500.00 |
| **Account No.**<br><br>F.G. Lister and Co, Ltd<br>475 Horner<br>Toronto, ON | X | J | | | | | 39,500.00 |

Sheet no. _3_ of _6_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    59,363.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re    **Salvatore Cipriano**                                         Case No.    **14-48527**

_____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Fresh Advancements Inc 165 The Queensway Etoibicoke, ON | X | J | | | | | 29,660.00 |
| Account No. | | | | | | | |
| Fresh Pak Produce 1975 Setterington Dr. Kingsville, ON | X | - | | | | | 2,750.00 |
| Account No. | | | | | | | |
| Glenvalley Transportation 163 Glenvalley Dr. Cambridge, ON | X | - | | | | | 4,000.00 |
| Account No. | | | | | | | |
| Integrated Custom Service 430 Springbank Woodstock, ON | X | - | | | | | 1,121.00 |
| Account No. | | | | | | | |
| Jacobs Transport Po Box 126 1387 Vittoria Rd. Vittoria, ON | X | - | | | | | 51,425.00 |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

88,956.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Salvatore Cipriano**                                                    Case No. _____**14-48527**_____
                                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J | W C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| LaGrasso Brothers Produce 5001 Bellevue St Detroit, MI 48202 | X | J | | | | | | 20,500.00 |
| Account No. | | | | | | | | |
| Lis MC Evilly 33300 Five Mile Rd. Ste 200 Livonia, MI 48154 | X | - | | | | | | 1,225.00 |
| Account No. | | | | | | | | |
| Metro Produce 3445 Russell Detroit, MI 48207 | X | J | | | | | | 16,325.00 |
| Account No. | | | | | | | | |
| Miedema Produce 5005 40th Ave. Hudsonville, MI 49426 | X | - | | | | | | 1,225.00 |
| Account No. | | | | | | | | |
| Ram Produce 340 Oakwood Blvd Detroit, MI 48217 | X | J | | | | | | 33,946.00 |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              73,221.00

B6F (Official Form 6F) (12/07) - Cont.

In re      **Salvatore Cipriano**                                    Case No.    **14-48527**
                                    Debtor                   ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Royal Banana Co 7201 W Fort St Detroit, MI 48209 | X | J | | | | | 44,783.00 |
| Account No. | | | | | | | |
| Serra Brothers Inc 7201 W. Fort St Detroit, MI 48209 | X | J | | | | | 55,824.00 |
| Account No. | | | | | | | |
| Sweet Melissa Trucking 33985 Harper Ave. Clinton Township, MI 48035 | X | J | | | | | 7,700.00 |
| Account No. | | | | | | | |
| Mel R. Partovich & Associates, PLLC 37887 W. 12 Mile Rd, Ste B Farmington, MI 48331 | | | Representing: Sweet Melissa Trucking | | | | Notice Only |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 108,307.00 |
| Total (Report on Summary of Schedules) | 1,262,799.00 |

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

SALVATORE CIPRIANO,        Case No. 14-48527

                         Detroit, Michigan
                         Wednesday, July 9, 2014
                         Judge McIvor
        Debtor

_____/

## 341 HEARING

BEFORE KENNETH A. NATHAN, CHAPTER 7 TRUSTEE

TRANSCRIPT ORDERED BY: VICTOR J. TORRES (Williams Acosta)

APPEARANCES:

| | |
|---|---|
| For the Debtor: | Linnell & Associates<br>BY: ERIK STEIN<br>2804 Orchard Lake Road, Suite 203<br>Keego Harbor, MI 48320 |
| For Ram Produce &<br>Distributors, L.L.C.: | Williams Acosta<br>BY: VICTOR J. TORRES<br>535 Griswold, Suite 1000<br>Detroit, MI 48226 |
| For Bank of Montreal: | Howard & Howard<br>BY: BRANDON J. WILSON<br>450 W. Fourth St.<br>Royal Oak, MI 48067 |
| For the U.S. Trustee: | Office of the U.S. Trustee<br>BY: SEAN COWLEY<br>211 W. Fort St., Suite 700<br>Detroit, MI 48226 |
| Transcribed by: | Lynn L. Simmons<br>8284 Caribou Trail<br>Clarkston, MI 48348<br>248-922-1587 |

EXHIBIT
B

## TABLE OF CONTENTS

PROCEEDINGS – Wednesday, July 9, 2014                    3

DEBTOR WITNESS:  **Salvatore Cipriano**

    Examination by the trustee                    3
    Appearance by Mr. Stein                       3
    Examination by Mr. Torres                     8
    Examination by Mr. Wilson                    22
    Appearance by Mr. Cowley                     35
    Examination by the trustee                   35
    Hearing adjourned to August 27, 2014         42

2

1   documents.  Can you identify those documents as your

2   bankruptcy petition, schedules and other related bankruptcy

3   pleadings?

4   A.   Yes, sir.

5   Q.   And is that your signature that appears in each and every

6   place you were required to have signed them?

7   A.   Yes, sir.

8   Q.   And you signed them in each and every place?

9   A.   Yes, sir.

10  Q.   And did you review them carefully prior to signing them?

11  A.   Yes, sir.

12  Q.   And at the time you signed them were you satisfied that

13  each and every item placed in those documents was a truthful

14  and accurate statement?

15  A.   Yes, sir.

16  Q.   Do you still believe everything in there today is still

17  truthful and accurate?

18  A.   We have --

19          MR. STEIN:  There are a couple -- couple things that

20  we noticed that we will need to amend quickly.  On the

21  statement of financial affairs question number 10 I believe --

22          THE TRUSTEE:  Transfers we're talking about?

23          MR. STEIN:  No, it's not.  It's lawsuits.

24          THE TRUSTEE:  Okay.  That's 5 or 6.

25          MR. STEIN:  Five or 6, yeah.  I'm sorry.  Off the

4

1  top of my head.  It's -- in any event, question 4, there is a

2  federal lawsuit that was filed in the year preceding the case

3  that was still active with -- it would be Ben B. Schwartz

4  versus -- versus Mr. Cipriano.  So we will amend to add that

5  --

6            THE TRUSTEE:  Okay.

7            MR. STEIN:  -- that case, and that was from the

8  Eastern District of Michigan.

9            THE TRUSTEE:  What else?

10            MR. STEIN:  On Schedule F there were I believe three

11  smaller creditors that were accidentally omitted, and we will

12  amend to add them and renotice them of proceeding.  And then

13  on Schedule B there was under item -- let me give you the

14  exact number -- under item 18, one of Mr. Cipriano's

15  businesses, the Canadian company, did have an account

16  receivable to Mr. Cipriano that was not indicated on there.

17  So we will amend to include that as well.

18            THE TRUSTEE:  Okay.

19            MR. STEIN:  Those are the only corrections that we

20  know of at this time.

21  BY THE TRUSTEE:

22  Q.  All right.  Anything further you need to tell us about,

23  sir?  You heard everything your attorney just stated on the

24  record.  Would you agree with everything he said?

25  A.  Yes, sir.

5

1  Q.   And other than those changes, are there any other changes

2  that you believe need to be made to those documents?

3  A.   No.

4  Q.   And other than that you believe everything to be truthful

5  and accurate?

6  A.   Yes, sir.

7  Q.   Have you ever filed a bankruptcy before --

8  A.   No, sir.

9  Q.   -- other than this case?

10  A.   No.

11  Q.   This was filed initially as a 13 but converted very

12  quickly.

13  A.   Yes.

14  Q.   Okay.  Why is that?  Why did you file as a 13?

15  A.   There were garnishments that were being placed against my

16  wages, and in order to stop the garnishments, we went to a

17  Chapter 7.  And also --

18  Q.   You mean a 13.  You initially filed this as a 13.

19  A.   It was a 13.

20  Q.   To stop the garnishments.

21  A.   To stop the garnishments.  And then we went to a Chapter

22  7 because I would not qualify under a 13 because most of the,

23  over 60 percent or so of the debt is all business-related.

24  Q.   You work for a company called Ben B. Schwartz; right?

25  A.   Yes.

6

1       MR. WILSON:  Yes.

2       THE TRUSTEE:  Proceed.  One at a time.

3       MR. TORRES:  My name is Victor J. Torres.  I'm with

4   the law firm of Williams Acosta, P.L.L.C.  We represent

5   creditor Ram Produce & Distributors, L.L.C.

6                        **EXAMINATION**

7   BY MR. TORRES:

8   Q.   And I do have a few questions for you, Mr. Cipriano.

9   A.   Sure.

10  Q.   First, I see that you've listed on your Schedule F a debt

11  to Ram Produce -- that's my client --

12  A.   Yes.

13  Q.   -- in the amount $33,946.

14  A.   Yes.

15  Q.   And that is the amount that is presently due and owing;

16  correct?

17  A.   Approximate.  To the best of my memory.

18  Q.   Yeah.

19       MR. TORRES:  Counsel, I'm going to show him a one-

20  page -- it's just a summary of a customer ledger sheet with

21  the balance.

22       MR. STEIN:  Okay.

23  BY MR. TORRES:

24  Q.   And I'd just like to direct your attention to this

25  customer ledger from Ram Produce Distributors, and at the

8

1  bottom we see that the most recent payment was from June 20 of

2  2012, in the amount of $875; correct?  Do you see that?

3  Second to the bottom.  I'm -- yeah, second to the bottom --

4  A.    Okay.  Uh-huh.

5  Q.    -- line.

6  A.    Yes.

7  Q.    Okay.  So that shows a balance of $33,946.10; correct?

8  A.    Yes.

9  Q.    And that matches within ten cents of what you have listed

10 on Schedule F; correct?

11 A.    Yes.

12 Q.    Okay.  And we see if we look at the ledger, the one-page

13 ledger I gave to you, that on May 18, 2012, there is also a

14 payment made, a partial payment on the balance of $3,100;

15 correct?  Third -- third from the bottom.

16 A.    Yes.

17 Q.    Okay.  So at the time those two payments were made on May

18 18 of '12, and June 20 of 2012, you in fact acknowledge that

19 that's the amount that was due and owing; correct?

20 A.    Yes.

21 Q.    Okay.  And you acknowledge that today; correct?

22 A.    Yes.

23 Q.    And the -- the amounts due and owing to Ram Produce are

24 as the result of your purchase of produce; correct?

25 A.    Yes.

9

1   Q.   And by the way, the produce that was purchased by -- was

2   that purchased by you individually or Produce Buyers, your

3   company?

4   A.   No, by the company.

5   Q.   By the company.

6   A.   Yes.

7   Q.   And the purpose of produce from Ram Produce was to turn

8   around and sell it; correct?

9   A.   Yes.

10  Q.   And that's in effect what you did; correct?

11  A.   Yes.

12  Q.   What happened to the proceeds of the sales of the produce

13  that was provided by Ram Produce?

14  A.   They were funnelled through the company and paid

15  invoices.

16  Q.   They paid invoices of the company?

17  A.   Yes.

18  Q.   At your direction; correct?

19  A.   Yes.

20  Q.   You were in charge of Produce Buyers?

21  A.   Right.

22  Q.   You decided how the money would be spent once it was

23  received; correct?

24  A.   Yes.

25  Q.   There was no one else that was in charge --

10

1   A.   No.

2   Q.   -- for Produce Buyers; correct?

3   A.   No.

4   Q.   Do you currently have a PACA license?

5   A.   Not any longer.  It would be expired.

6   Q.   Okay.  Did you have individually a PACA license of any

7   type at any time?

8   A.   Only in Produce Buyers (indiscernible).

9   Q.   (Interrupting.)  Okay.  Produce Buyers did.

10  A.   Yes.

11  Q.   And you're indicating either that was -- what's the

12  status of that license that Produce Buyers had, the PACA

13  license?

14  A.   It's expired.

15  Q.   It's expired?

16  A.   Oh, yes.

17  Q.   Do you recall when?

18  A.   In 2012 when I couldn't pay it.

19  Q.   Okay.  When did Produce Buyers cease business operations?

20  A.   Right around June, end of June, July of 2012, through

21  that.

22  Q.   And -- and the physical location of the business?

23  A.   It was Office 93, 7201 West Fort Street, 48219.

24  Q.   Okay.  I see that you have both Produce Buyers and then

25  another company, a Canadian company --

11

1        MR. STEIN:  Not a problem.

2        THE TRUSTEE:  So I have that.  Okay.

3        For purposes of today I don't have anything further.

4   Does anybody else have anything further?

5        MR. WILSON:  No, I don't.  Thank you.

6        THE TRUSTEE:  Okay.

7        MR. TORRES:  Thanks, Mr. Nathan.

8      (Hearing adjourned to August 27, 2014.)

                        — — —

I certify that the foregoing is a correct transcript of the
proceedings held in the above-entitled matter.


DATED:   September 2, 2014    _____
                             Lynn L. Simmons, Transcriber

44

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Salvatore Cipriano,                    Case No. 14-48527-mbm


              Debtor.                          Chapter 7

                                               Honorable Marci B. McIvor

R.A.M. PRODUCE DISTRIBUTORS, L.L.C.,
a Michigan limited liability company,

              Plaintiff,
-vs-                                           Adversary Proceeding No.

SALVATORE CIPRIANO a/k/a SAL CIPRIANO
an individual, AND PRODUCE BUYERS CO., a
Michigancorporation,

              Defendants.

| Erik C. Stein (P72172) | Kenneth Nathan (P39142) | Victor J. Torres (P43240) |
| Linnell& Associates, PLLC | Nathan Law PLC | Williams Acosta, PLLC |
| Attorneys for Debtor | Trustee | Attorneys for R.A.M. Produce |
| 2804 Orchard Lake Road | 29100 Northwestern Highway | Distributors, L.L.C. |
| Suite 203 | Suite 310 | 535 Griswold Street, Suite 1000 |
| Keego Harbor, MI 48320 | Southfield, MI 48034 | Detroit, MI 48226 |
| (248) 977-4182 | (248) 351-0099 | (313) 963-3873 |

## AFFIDAVITOF MICHAEL J. BOMMARITO

STATE OF MICHIGAN    )
                     ) SS.
COUNTY OF WAYNE      )

Michael J. Bommarito, being first duly sworn and under oath states:

1.      I am the Managing Member of R.A.M. Produce Distributors, L.L.C. ("RAM

Produce"), and I am authorized to sign this affidavit on behalf of RAM Produce.

EXHIBIT
C

2. I am personally familiar with the facts and circumstances on which the RAM Produce claims in this case are based including the statements made in this affidavit and, if sworn as a witness, I am competent to testify to them.

3. From on or about June 10, 2010, through on or about November 12, 2010, RAM Produce sold and delivered to Produce Buyers Co., a Michigan limited liability company, ("Produce Buyers"), perishable agricultural commodities, pursuant to the Perishable Agricultural Commodities Act, 7 U.S.C. §499a *et seq.* ("PACA").

4. With and/or after each sale and delivery of produce, RAM Produce delivered or mailed an itemized bill for the produce sold.

5. Each itemized invoice that was delivered or mailed to Produce Buyers explicitly provided notice that the sale of commodities was made pursuant to the PACA.

6. The total principal amount due to RAM Produce from Produce Buyers for the produce sold and delivered from in or about June 2010, through November 2010, was $37,921.10.

7. Produce Buyers made two partial payments on the $37,921.10 balance owed to RAM Produce.

8. The first partial payment was tendered on or about May 18, 2012, in the amount of $3,100.00 and the second partial payment was tendered on or about June 20, 2012, in the amount of $875.00.

9. A true copy of the account of Produce Buyers with RAM Produce is attached as Exhibit 1 and reflects a principal balance owed of $33,946.10, after credit for the two partial payments.

10. As a result of the foregoing, Produce Buyers has an outstanding account with

2

RAM Produce in the principal amount of $33,946.10 exclusive of costs, interest, and attorney fees as of the date of this affidavit.

11. The account of Produce Buyers with RAM Produce with a principal balance of $33,946.10 is just and correct and remains unpaid despite numerous requests for payment by RAM Produce.

12. The account of Produce Buyers with RAM Produce as noted above is true and accurate after consideration of any and all lawful payments, credits, and off-sets.

13. The produce sold, pursuant to the PACA, by RAM Produce to Produce Buyers as described above was properly provided by RAM Produce and payments for the produce became due and owing after rendering of the accounts by RAM Produce.

14. RAM Produce rendered the referenced accounts to Produce Buyers during the normal course of business, but despite numerous requests for payment, Produce Buyers has refused to pay and settle the account, and has not objected to or disputed the account.

15. Based on the foregoing, the total amount due and owing to RAM Produce by Produce Buyers (and/or others) on account is $33,946.10 in principal, plus costs, interest and attorney fees.

Michael J. Bommarito

Subscribed and sworn to before me

this 5th day of September, 2014

Bonita K. Crison, Notary Public
State of Michigan, County of Macomb

BONITA K. CRISON
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Sep 26, 2020
ACTING IN COUNTY OF Wayne

My Commission Expires: Sep. 26, 2020
Acting in the County of Wayne

3

# EXHIBIT C-1

Customer: PROD   PRODUCE BUYERS

| Date | Type | Amount | Balance | Reference | Batch | Trns |
|------|------|--------|---------|-----------|-------|------|
| 06/10/10 | Invoice | 700.00 | 700.00 | Inv 00414871 | ICV009 | 2499 |
| 06/11/10 | Invoice | 1,359.10 | 2,059.10 | Inv 00414869 | ICV009 | 2498 |
| 06/14/10 | Invoice | 480.00 | 2,539.10 | Inv 00415197 | ICV009 | 2500 |
| 07/02/10 | Invoice | 4,200.00 | 6,739.10 | Inv 00420880 | ICV009 | 2501 |
| 07/05/10 | Invoice | 400.00 | 7,139.10 | Inv 00421404 | ICV009 | 2502 |
| 07/19/10 | Invoice | 6,480.00 | 13,619.10 | Inv 00424461 | ICV009 | 2504 |
| 07/20/10 | Invoice | 3,710.00 | 17,329.10 | Inv 00423925 | ICV009 | 2503 |
| 07/21/10 | Invoice | 1,200.00 | 18,529.10 | Inv 00424671 | ICV009 | 2505 |
| 07/23/10 | Invoice | 4,550.00 | 23,079.10 | Inv 00425318 | ICV009 | 2506 |
| 07/26/10 | Invoice | 3,080.00 | 26,159.10 | Inv 00425799 | ICV009 | 2508 |
| 07/27/10 | Credit | 140.00 | 26,019.10 | Inv 00425697 | ICV009 | 2507 |
| 08/12/10 | Invoice | 1,479.00 | 27,498.10 | Inv 00427474 | ICV009 | 2509 |
| 08/13/10 | Credit | 116.00 | 27,382.10 | Inv 00427474 | ICV009 | 2510 |
| 08/19/10 | Invoice | 875.00 | 28,257.10 | Inv 00430887 | ICV009 | 2511 |
| 09/13/10 | Invoice | 2,408.00 | 30,665.10 | Inv 00435343 | ICV009 | 2512 |
| 09/13/10 | Invoice | 2,400.00 | 33,065.10 | Inv 00435616 | ICV009 | 2513 |
| 10/25/10 | Invoice | 120.00 | 33,185.10 | Inv 00444550 | ICV009 | 2514 |
| 10/28/10 | Invoice | 200.00 | 33,385.10 | Inv 00444843 | ICV009 | 2515 |
| 11/09/10 | Invoice | 1,512.00 | 34,897.10 | Inv 00447644 | ICV009 | 2516 |
| 11/12/10 | Invoice | 3,024.00 | 37,921.10 | Inv 00447913 | ICV009 | 2517 |
| 05/18/12 | Payment | 3,100.00 | 34,821.10 |  | P00093 | 1 |
| 06/20/12 | Payment | 875.00 | 33,946.10 |  | P00136 | 1 |
| 12/28/12 | Wrt Off | 33,946.10 | .00 | W/O Bad Debt | P00419 | 1 |

EXHIBIT
C-1