UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the matter of:

    Salvatore Cipriano,　　　　　　　　　　　　　Case No. 14-48527-MBM
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
    　　　　　　　Debtor.　　/　　　　　　　　Hon. Marci B. McIvor
R.A.M. Produce Distributors, L.L.C.,
a Michigan limited liability company,

    　　　　　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　Adv. Pro. No. 14-4957

Salvatore Cipriano a/k/a Sal Cipriano,
an individual, and Produce Buyers Co.,
a Michigan corporation,

    　　　　　　　Defendants.　　　/

### ORDER GRANTING PLAINTIFF'S MOTION FOR
### DEFAULT JUDGMENT AGAINST DEFENDANT, PRODUCE BUYERS CO.
### AS TO COUNT I OF PLAINTIFF'S COMPLAINT

For the reasons set forth on the record at a hearing held on November 25, 2014;

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default Judgment against Defendant, Produce Buyers Co. on Count I and II of Plaintiff's Complaint, is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is entitled to a judgment against Produce Buyers Co. in the amount of $33,946.00, plus pre- and post-judgment interest to the extent allowed by statute.

IT IS FURTHER ORDERED for reasons stated on the record on November 25, 2014, that this judgment is not enforceable against Defendant, Salvatore Cipriano.

Signed on November 25, 2014

                                        /s/ Marci B. McIvor
                                        Marci B. McIvor
                                        United States Bankruptcy Judge