UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the matter of:

    Salvatore Cipriano,                             Case No. 14-48527-MBM
                                                      Chapter 7
                    Debtor.   /                      Hon. Marci B. McIvor

R.A.M. Produce Distributors, L.L.C.,
a Michigan limited liability company,

                    Plaintiff,

vs.                                                          Adv. Pro. No. 14-4957

Salvatore Cipriano a/k/a Sal Cipriano,
an individual, and Produce Buyers Co.,
a Michigan corporation,

                    Defendants.   /

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
COUNTS III AND IV OF PLAINTIFF'S COMPLAINT**

For the reasons set forth on the record at a hearing held on November 25, 2014;

IT IS HEREBY ORDERED that Defendant, Salvatore Cipriano's, Motion to Dismiss Counts III and IV of Plaintiff's Complaint, is GRANTED.

IT IS FURTHER ORDERED that all counts of Plaintiff's Complaint are addressed by this Order and a Default Judgment entered against Defendant, Produce Buyers Co.. There are no further issues to be litigated in this adversary proceeding.

Signed on November 25, 2014

                                                       /s/ Marci B. McIvor
                                                       Marci B. McIvor
                                                       United States Bankruptcy Judge