UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the matter of:

    Salvatore Cipriano,                                  Case No. 14-48527-MBM
                                                                  Chapter 7
                                  Debtor.    /               Hon. Marci B. McIvor

R.A.M. Produce Distributors, L.L.C.
a Michigan limited liability company,

                      Plaintiff,

vs.                                                                       Adv. Pro. No. 14-4957

Salvatore Cipriano a/k/a Sal Cipriano,
an individual, and Produce Buyers, Co.,
a Michigan corporation,

                      Defendant.      /

**ORDER GRANTING DEFENDANT"S MOTION TO DISMISS COUNTS III AND IV OF PLAINTIFF"S COMPLAINT**

       For the reasons set forth in the Supplemental Opinion issued on December 4, 2014;

       IT IS HEREBY ORDERED that defendant Salvatore Cipriano's Motion to Dismiss Counts III and IV of Plaintiff's Complaint is GRANTED.

       IT IS FURTHER ORDERED that all counts of Plaintiff's Complaint are addressed by

this Order and a Default Judgment entered against defendant Produce Buyers Co. There are no further issues to be litigated in this adversary proceeding.

Signed on December 04, 2014

                                  /s/ Marci B. McIvor
                                  Marci B. McIvor
                                  United States Bankruptcy Judge