In re:   Salvatore Cipriano,                                      Case No. 14-48527-mbm

                Debtor.                                      Chapter 7

                                              Honorable Marci B. McIvor

_____

R.A.M. PRODUCE DISTRIBUTORS, L.L.C.,
a Michigan limited liability company,

                Plaintiff/Appellant,

-vs-                                                          Adversary Proc. No. 14-04957-mbm

SALVATORE CIPRIANO a/k/a SAL CIPRIANO
an individual, AND PRODUCE BUYERS CO., a
Michigan corporation,

                Defendants/Appellees.

_____

## PLAINTIFF/APPELLANT R.A.M. PRODUCE DISTRIBUTORS, L.L.C.'S AMENDED DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Plaintiff/Appellant R.A.M. Produce Distributors, L.L.C. ("RAM Produce"), by and through its attorneys, Williams Acosta, PLLC, respectfully files the following amended designation of items to be included in the record on appeal pursuant to Rule 8006:

| FILING DATE | DOCKET NUMBER | TITLE OF THE FILING |
|---|---|---|
| 9-5-14 | 1 | R.A.M. Produce Distributors, L.L.C.'s Complaint to Establish Liability and Non-Dischargeability of Debt with exhibits A-C and C-1 |
| 10-8-14 | 7 | Salvatore Cipriano's Motion and Brief to Dismiss Claims Under FRCP 12(B)(6) with exhibits |
| 10-8-14 | 8 | Defendant Sal Cipriano's Answer to the Class Action [sic] Complaint and Affirmative Defenses |

| | | |
|---|---|---|
| 10-15-14 | 9 | Default Entry by Clerk (against Defendant Produce Buyers Co., only) |
| 10-22-14 | 11 | Plaintiff R.A.M. Produce Distributors, L.L.C.'s Response to Salvatore Cipriano's Motion to Dismiss Claims Under FRCP 12(b)(6) |
| 10-23-14 | 15 | Brief in Support of Plaintiff R.A.M. Produce Distributors, L.L.C.'s Response to Defendant Cipriano's Motion to Dismiss Claims Under Fed.R.Civ.P. 12(b)(6) with exhibits A-H |
| 10-29-14 | 18 | Plaintiff's Motion for Entry of Default Judgment Against Defendant Produce Buyers Co., Only |
| 10-29-14 | 19 | Brief in Support of Plaintiff's Motion for Entry of Default Judgment Against Defendant Produce Buyers Co., Only with exhibits A-G |
| 11-24-14 | 27 | Affidavit of Victor J. Torres with exhibit 1 |
| 11-25-14 | 29 | Order Granting Plaintiff's Motion for Default Judgment Against Defendant, Produce Buyers Co. As To Count I of Plaintiff's Complaint |
| 11-25-14 | 30 | Order Granting Defendant's Motion to Dismiss Counts III and IV of Plaintiff's Complaint (Subsequently Vacated) |
| 11-25-14 | 31 | PDF with attached audio file of 11-25-14 hearing |
| 11-26-14 | 32 | Order Reopening Case and Vacating Order of Dismissal (Docket #30) |
| 12-4-14 | 33 | Supplemental Opinion to Bench Opinion Issued on November 25, 2014 |
| 12-4-14 | 34 | Order Granting Defendant's Motion to Dismiss Counts III and IV of Plaintiff's Complaint |
| 1-7-15 | 49 | Transcript Regarding Hearing Held 11-25-14 Re: Cipriano's Motion to Dismiss |

Respectfully Submitted,

WILLIAMS ACOSTA, PLLC

By:      /s/Victor J. Torres
Victor J. Torres (P43240)
Attorney for Plaintiff
535 Griswold Street, Suite 1000
Detroit, Michigan 48226-3692
(313) 963-3873

Date:   January 21, 2015        vtorres@williamsacosta.com

2